```
LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
KATHLEEN M. ERSKINE (#223218)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:   (310) 477-2070
Facsimile:   (310) 477-3922
Email:  rlove@love-law.net
        kerskine@love-law.net

Attorneys for Plaintiff
SHELLEY CULLOTY
```

E-filing

FILED
JUL 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY CULLOTY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO.<br><br>**C08-03561**　ADR<br><br>CERTIFICATE OF INTERESTED ENTITIES OR PERSONS. |

　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest of any other entity or person to report.

Dated: July 23, 2008

　　　　　　　　　　　　　　　LAW OFFICES OF RICHARD A. LOVE

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Richard A. Love
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　SHELLEY CULLOTY

---

1

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS