LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
BRANDYN E. STEDFIELD, State Bar No. 225357
brandyn.stedfield@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY CULLOTY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>  Defendant. | Case No. C08-03561 SI<br><br>**[PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |

1  The Court, having considered the concurrently filed "Stipulation to Extend the
2  Deadline to File a Responsive Pleading" hereby orders as follows:

4  GOOD CAUSE APPEARING THEREFORE,
5  Defendant shall have a ten-day extension, to September 19, 2008, to file an answer
6  to Plaintiff's first amended complaint.

8  IT IS SO ORDERED.

10 DATED: 9/10/08                        By: WM. ALSUP for
                                              Honorable Susan Illston
                                              Judge, United States District Court,
                                              Central District of California

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.


By: /s/ Brandyn E. Stedfield
        Brandyn E. Stedfield

UNION PACIFIC RAILROAD COMPANY

CASE NO. C08-03561 SI
[PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING