LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
BRANDYN E. STEDFIELD, State Bar No. 225357
brandyn.stedfield@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY CULLOTY,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | Case No. C08-03561 SI<br><br>**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE** |

CASE NO. C08-03561 SI
DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE FEDERAL RULE OF CIVIL PROCEDURE 26(f)

6744931_1

1  In accordance with Local Rule 16-10(a) Defendant Union Pacific Railroad
2  Company ("UP" or "Defendant") hereby requests permission of the Court to appear
3  telephonically at the Federal Rule of Civil Procedure 26(f) conference scheduled for
4  October 31, 2008 at 2:00 p.m.

DATED:  October 20, 2008          OGLETREE, DEAKINS, NASH, SMOAK
                                  & STEWART, P.C.


                                  By:      /s/ Brandyn E. Stedfield
                                           Brandyn E. Stedfield
                                  Attorneys for Defendant
                                  UNION PACIFIC RAILROAD COMPANY

1                                              CASE NO. C08-03561 SI
DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT
THE FEDERAL RULE OF CIVIL PROCEDURE 26(f)

6744931_1

LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
BRANDYN E. STEDFIELD, State Bar No. 225357
brandyn.stedfield@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY CULLOTY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | Case No. C08-03561 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE FEDERAL RULE OF CIVIL PROCEDURE 26(f) CONFERENCE** |

CASE NO. C08-03561 SI
[PROPOSED] ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE FEDERAL RULE OF CIVIL PROCEDURE 26(F) CONFERENCE

6745974_1

1  GOOD CAUSE APPEARING,

2  In accordance with Local Rule 16-10(a) Defendant Union Pacific Railroad

3  Company ("UP" or "Defendant") is granted its request to appear telephonically at the

4  Federal Rule of Civil Procedure 26(f) conference scheduled for October 31, 2008 at

5  2:00 p.m.

6  IT IS SO ORDERED.

7  DATED: _____   By: _____
8                                                          Honorable Susan Illston
9                                                          United States District Court,
                                                        Northern District of California
10

11  Counsel shall provide the direct dial number that the
    clerk can call. The Court initiates all conference calls.

1  CASE NO. C08-03561 SI
DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT
THE FEDERAL RULE OF CIVIL PROCEDURE 26(f)