| | |
|---|---|
| 1 | LAW OFFICES OF RICHARD A. LOVE |
| | RICHARD A. LOVE (#61944) |
| 2 | KATHLEEN M. ERSKINE (#223218) |
| | 11601 Wilshire Boulevard, Suite 2000 |
| 3 | Los Angeles, California 90025 |
| | Telephone:    (310) 477-2070 |
| 4 | Facsimile:     (310) 477-3922 |
| | Email:  rlove@love-law.net |
| 5 | kerskine@love-law.net |
| 6 | Attorneys for Plaintiff |
| | SHELLEY CULLOTY |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHELLEY CULLOTY, | ) | CASE NO. C08-03561 SI ADR |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| vs. | ) | |
| | ) | ORDER ON REQUEST BY PLAINTIFF |
| UNION PACIFIC RAILROAD | ) | SHELLEY CULLOTY TO PARTICIPATE IN |
| COMPANY, a Delaware corporation, | ) | FURTHER CASE MANAGEMENT |
| | ) | CONFERENCE BY TELEPHONE |
| Defendant. | ) | |
| | ) | |
| | ) | Further CMC Date:    April 3, 2009 |
| | ) | Further CMC Time:    2:30 p.m. |
| _____ | ) | |

////

////

////

---

1

[PROPOSED] ORDER ON REQUEST BY PLAINTIFF SHELLEY CULLOTY TO PARTICIPATE IN
FURTHER CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. C08-03561 SI ADR

1 ORDER

2 GOOD CAUSE APPEARING THEREFORE,

3 IT IS HEREBY ORDERED that the request by plaintiff Shelley Culloty to permit

4 plaintiff's counsel to participate in the April 3, 2009 Further Case Management Conference by

5 telephone is granted.

6 IT IS SO ORDERED.

8 DATED: _____, 2009

_____
Hon. Susan Illston, Judge
United States District Court

2

[PROPOSED] ORDER ON REQUEST BY PLAINTIFF SHELLEY CULLOTY TO PARTICIPATE IN
FURTHER CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. C08-03561 SI ADR