CHERYL L. SCHRECK, State Bar No. 130083
cheryl.schreck@ogletreedeakins.com
BRANDYN E. STEDFIELD, State Bar No. 225357
brandyn.stedfield@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY CULLOTY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | Case No. C08-03561 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE** |

Culloty Proposed Order

CASE NO. C08-03561 SI
[PROPOSED] ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE

GOOD CAUSE APPEARING,

In accordance with Local Rule 16-10(a) Defendant Union Pacific Railroad Company ("UP" or "Defendant") is granted its request to appear telephonically at the Further Case Management Conference on April 3, 2009, at 2:30 p.m.

IT IS SO ORDERED.

DATED: _____  By: *Susan Illston*
Honorable Susan Illston
United States District Court,
Northern District of California

Culloty Proposed Order

1   CASE NO. C08-03561 SI
[PROPOSED] ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE