LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
KATHLEEN M. ERSKINE (#223218)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:    (310) 477-2070
Facsimile:    (310) 477-3922
Email:  rlove@love-law.net
           kerskine@love-law.net

Attorneys for Plaintiff
SHELLEY CULLOTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY CULLOTY, | CASE NO.  C08-03561 SI ADR |
| Plaintiff, | [PROPOSED] |
| vs. | ORDER ON JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | |
| Defendant. | Complaint Filed: July 24, 2008<br>Trial Date: October 26, 2009 |

////

////

////

---

1

[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES
CASE NO. C08-03561 SI ADR

ORDER

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that

1. The non-expert discovery cut-off in this matter shall be extended from Wednesday, July 1, 2009 to Friday, July 17, 2009;

2. The deadline for designation of experts in this matter shall be extended from Thursday, July 2, 2009 to Monday, August 3, 2009;

3. The deadline for designation of rebuttal experts in this matter shall be extended from Friday, July 10, 2009 to Monday, August 10, 2009; and

4. The expert discovery cut-off in this matter shall be extended from Friday, July 31, 2009 to Monday, August 31, 2009.

IT IS SO ORDERED.

DATED: _____, 2009

_____
Hon. Susan Illston, Judge
United States District Court