IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHELLEY CULLOTY,  No. C 08-3561 SI

    Plaintiff, **ORDER RE: DEPOSITIONS**

  v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.
                                  /

Plaintiff moves to compel defendant to produce five individuals for deposition.[1] According to defendant's June 30, 2009 letter, defendant has agreed to produce four of the five individuals, and the parties are meeting and conferring with regard to the fifth deposition. Based upon defendant's representations, the Court DENIES the motion as moot with regard to the depositions of Brett Brooks, Randy Egusquiza, Mike Fisher and Ray Perry. By **July 9, 2009**, the parties shall file a joint letter informing the Court whether they have resolved the dispute with regard to the deposition of Mr. Jacobi. The Court also DENIES plaintiff's request for fees and costs associated with bringing the motion to compel, as it appears that the motion was unnecessary.

**IT IS SO ORDERED.**

Dated: July 6, 2009

                                                      SUSAN ILLSTON
                                                      United States District Judge

---

[1] The parties' letter briefs are found at Docket Nos. 38 and 43.