1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  KATHLEEN M. ERSKINE (#223218)
   11601 Wilshire Boulevard, Suite 2000
3  Los Angeles, California 90025
   Telephone:     (310) 477-2070
4  Facsimile:     (310) 477-3922
   Email:  rlove@love-law.net
5          kerskine@love-law.net

6  Attorneys for Plaintiff
   SHELLEY CULLOTY

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | SHELLEY CULLOTY,               ) CASE NO. C08-03561 SI ADR
                                    )
12 |          Plaintiff,            )
                                    )      [PROPOSED]
13 |     vs.                        )
                                    ) ORDER ON JOINT STIPULATION TO
14 | UNION PACIFIC RAILROAD         ) EXTEND EXPERT DISCOVERY
     COMPANY, a Delaware corporation,) DEADLINES
15 |                                )
             Defendant.             )
16 |                                )
                                    )
17 |                                )
                                    ) Complaint Filed: July 24, 2008
18 |_____) Trial Date: October 26, 2009

25 ////

26 ////

27 ////

28
                                    1
          [PROPOSED] ORDER ON JOINT STIPULATION
          TO EXTEND EXPERT DISCOVERY DEADLINES
                              CASE NO. C08-03561 SI ADR

<u>ORDER</u>

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that

1. The deadline for designation of experts in this matter shall be extended from Monday, August 3, 2009 to Wednesday, August 19, 2009;

2. The deadline for designation of rebuttal experts in this matter shall be extended from Monday, August 10, 2009 to Friday, August 28, 2009; and

3. The expert discovery cut-off in this matter shall be extended from Monday, August 31, 2009 to Tuesday, September 15, 2009.

4. All other dates in this matter shall remain scheduled as previously ordered by the Court.

IT IS SO ORDERED.

DATED: _____, 2009

_____
Hon. Susan Illston, Judge
United States District Court