1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  KATHLEEN M. ERSKINE (#223218)
   11601 Wilshire Boulevard, Suite 2000
3  Los Angeles, California 90025
   Telephone:   (310) 477-2070
4  Facsimile:    (310) 477-3922
   Email:  rlove@love-law.net
5            kerskine@love-law.net

6  Attorneys for Plaintiff
   SHELLEY CULLOTY

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 SHELLEY CULLOTY,         )  CASE NO. C08-03561 SI ADR
                                    )
12         Plaintiff,        )
                                    )  [PROPOSED]
13    vs.                       )
                                    )
14 UNION PACIFIC RAILROAD  )  ORDER UPON STIPULATION TO DISMISS
   COMPANY, a Delaware corporation, )  SIXTH CLAIM AND SEVENTH CLAIM OF
15                                     )  THE FIRST AMENDED COMPLAINT
        Defendant.       )
16                                     )
                                    )
17                                     )
                                    )  Complaint Filed: July 24, 2008
18 _____)  Trial Date: October 26, 2009

---

1

[PROPOSED] ORDER UPON STIPULATION TO DISMISS SIXTH CLAIM AND SEVENTH CLAIM
OF THE FIRST AMENDED COMPLAINT
CASE NO. C08-03561 SI ADR

## ORDER

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the Sixth Claim and Seventh Claim of the First Amended Complaint , only, are dismissed with prejudice, with defendant Union Pacific waiving costs as to the dismissed Sixth Claim and Seventh Claim, only

DATED: _____, 2009

_____
Hon. Susan Illston, Judge
United States District Court

2
[PROPOSED] ORDER UPON STIPULATION TO DISMISS SIXTH CLAIM AND SEVENTH CLAIM
OF THE FIRST AMENDED COMPLAINT
CASE NO. C08-03561 SI ADR