LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
KATHLEEN M. ERSKINE (#223218)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:     (310) 477-2070
Facsimile:     (310) 477-3922
Email:  rlove@love-law.net
        kerskine@love-law.net

Attorneys for Plaintiff
SHELLEY CULLOTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY CULLOTY, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, <br><br> Defendant. | CASE NO. C08-03561 SI ADR <br><br> JOINT STIPULATION RE ADMISSIBILITY OF ELECTRONIC DEMOGRAPHIC DATA AND DATA COMPILATION <br><br> Filed Concurrently: <br> [PROPOSED] ORDER <br><br><br> Complaint Filed: July 24, 2008 <br> Trial Date: October 26, 2009 |

Plaintiff Shelley Culloty ("plaintiff") and defendant Union Pacific Railroad Company ("defendant") (collectively "parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS on June 16, 2009, the Court ordered defendant to produce certain demographic data in response to plaintiff's Requests for Production Nos. 12 and 14;

////

////

////

WHEREAS, in compliance with the Court's June 16, 2009 order, defendant produced documents Bates labeled UP000001030 through UP000001740, which have collectively been marked in this matter as Exhibit 98, and a disk containing the exact data reflected on Exhibit 98 in Microsoft Excel format.

NOW, THEREFORE, to avoid further and potentially costly discovery proceedings in this matter, the parties do hereby stipulate and agree, subject to the Court's approval, as follows:

1. In the regular course of its business, Union Pacific obtains from its employees data concerning both the demographic basis of its work force and each employee's work history at Union Pacific;

2. Exhibit 98 is a compilation of electronic data in spreadsheet form from employee information kept by Union Pacific in the regular course of its business with the use of PeopleSoft software;

3. Exhibit 98, as well as the disk containing the data in electronic format, were produced by Union Pacific in compliance with the order of the Court on June 16, 2009, Docket No. 34, and in response to plaintiff Shelley Culloty's First Set of Requests for Production of Documents, Requests Nos. 12 and 14.;

4. No further proof shall be required of either party to establish any evidentiary foundation for the admissibility of Exhibit 98, or the electronic data on which it is based, at trial.

IT IS SO STIPULATED.

DATED: July 27, 2009                                   LAW OFFICES OF RICHARD A. LOVE

 

By:  /s/ - Kathleen M. Erskine
    Kathleen M. Erskine
    Attorneys for Plaintiff
    SHELLEY CULLOTY

////

////

////

1 | DATED: July 27, 2009        OGLETREE, DEAKINS, NASH,
2 |                             SMOAK & STEWART, P.C.
3 |
4 |                             By: _____
                                Brandy E. Stanfield
5 |                             Attorneys for Defendant
                                UNION PACIFIC RAILROAD COMPANY
6 |
7 | GOOD CAUSE APPEARING THEREFORE,
8 | IT IS HEREBY ORDERED that the stipulation of the parties regarding Exhibit 98 is
9 | accepted as set forth above. The stipulation shall be binding on the parties at trial.
10 |
11 |
12 | DATED: _____, 2009    [signature: Susan Illston]
13 |
14 |                                 Hon. Susan Illston, Judge
                                    United States District Court